AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tel: (702) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re: WILLIE RAY LEWIS, JR. cases

Case No.  3:24-cv-00532-ART-CLB
          3:25-cv-00222-MMD-CLB

ORDER GRANTING
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Willie Ray Lewis, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 27th day of October, 2025.

DATED this 27th day of October, 2025

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

_____
WLLIE RAY LEWIS, SR.
*Plaintiff*

**IT IS SO ORDERED.**

DATED this 31st day of December, 2025.

_____
**DISTRICT COURT JUDGE**

1